# EXHIBIT 2

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1      ETAS ID: TM356503
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| HOMELAND HOUSEWARES, LLC | | 09/25/2015 | LIMITED LIABILITY COMPANY: CALIFORNIA |

## RECEIVING PARTY DATA

| Name: | Capbran Holdings, LLC |
|---|---|
| Street Address: | 11601 Wilshire Blvd., Suite 2300 |
| City: | Los Angeles |
| State/Country: | CALIFORNIA |
| Postal Code: | 90025 |
| Entity Type: | LIMITED LIABILITY COMPANY: UNITED STATES |

## PROPERTY NUMBERS Total: 85

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86570168 | SUPERFOOD PROTEIN BLEND |
| Serial Number: | 86240425 | SOUPERBLAST |
| Serial Number: | 86240256 | "SOUPER" BLAST |
| Serial Number: | 86547587 | EXTRACT THE MOST FROM LIFE |
| Serial Number: | 86547559 | HAVE A BLAST |
| Serial Number: | 86547547 | PRESCRIPTION STRENGTH NUTRITION |
| Serial Number: | 86547533 | LONG LIVE YOU |
| Serial Number: | 86447480 | BUDDY BULLET |
| Serial Number: | 86249689 | NUTRIBABY |
| Serial Number: | 86206833 | NUTRIGIZE |
| Serial Number: | 86205026 | NUTRIGIZER |
| Serial Number: | 86346378 | NUTRICOOKER |
| Serial Number: | 86331131 | NATURE'S MEDICINE |
| Serial Number: | 86403321 | NUTRILIVING |
| Serial Number: | 86391380 | NUTRIJUICE |
| Serial Number: | 86258113 | NUTRIMIX |
| Serial Number: | 86240510 | "SOUPER" FOOD |
| Serial Number: | 86240487 | SOUPERFOOD |
| Serial Number: | 86156541 | NUTRISLICER |

OP $2140.00 86570168

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86133098 | SUPERFOOD BREAKFAST BOOST |
| Serial Number: | 85828274 | NUTRIBLASTER |
| Serial Number: | 85974651 | MAGIC BABY |
| Serial Number: | 85758048 | NUTRIPOP |
| Serial Number: | 86668990 | NUTRIBULLET |
| Serial Number: | 86666205 | VITABULLET |
| Serial Number: | 86760509 | VEGGIE BULLET |
| Registration Number: | 4800907 | NATURE'S PRESCRIPTION |
| Registration Number: | 4768521 | BULLET |
| Registration Number: | 4732518 | MAGIC BULLET MINI |
| Registration Number: | 4728391 | MINI BULLET |
| Registration Number: | 4777299 | SUPERFOOD SOUP BOOST |
| Registration Number: | 4714266 | SUPERFOOD SUPER REDS |
| Registration Number: | 4634361 | RX |
| Registration Number: | 4634360 | NUTRIBULLET RX |
| Registration Number: | 4553612 | SUPERFOOD SUPERGREENS |
| Registration Number: | 4581906 | |
| Registration Number: | 4577498 | SUPERFOOD FAT BURNING BOOST |
| Registration Number: | 4577497 | SUPERFOOD ENERGY BOOST |
| Registration Number: | 4573666 | SUPERFOOD SUPERBOOST |
| Registration Number: | 4540335 | DESSERT BULLET |
| Registration Number: | 4412542 | DOES ANY JOB IN 10 SECONDS...OR LESS |
| Registration Number: | 4479075 | NUTRILIVING |
| Registration Number: | 4526464 | NUTRI BULLET PRO |
| Registration Number: | 4323549 | PUREE LIVING |
| Registration Number: | 4316614 | NUTRIBULLET |
| Registration Number: | 4481911 | NUTRILIVING |
| Registration Number: | 4343957 | YUKI BLADE |
| Registration Number: | 4597631 | BULLET BLAST |
| Registration Number: | 4277250 | NUTRIBULLET VITALITY SUPERBOOST |
| Registration Number: | 4306607 | JUICE BULLET |
| Registration Number: | 4332393 | THE BULLET BRAND |
| Registration Number: | 4365146 | NUTRI BLAST |
| Registration Number: | 4136631 | MAKE AN ENTIRE WEEK'S WORTH OF HEALTHY A |
| Registration Number: | 4214744 | PEA IN A POD |
| Registration Number: | 4161917 | NUTRI BULLET |
| Registration Number: | 4347145 | PARTY BULLET |
| Registration Number: | 4276172 | MAGIC BULLET BIG SHOT |

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4214502 | NUTRITION EXTRACTOR |
| Registration Number: | 4416702 | |
| Registration Number: | 3383326 | MAGIC BULLET TO GO! |
| Registration Number: | 3617660 | MAGIC BULLET PLATINUM PRO |
| Registration Number: | 3383204 | MAGIC BULLET TO GO |
| Registration Number: | 3659142 | BULLET EXPRESS |
| Registration Number: | 3659139 | BULLET EXPRESS |
| Registration Number: | 3912098 | BABY BULLET |
| Registration Number: | 3945337 | BULLET EXPRESS TRIO |
| Registration Number: | 3929139 | MAKE ANY FULL FAMILY MEAL READY TO HEAT |
| Registration Number: | 3929138 | THE AMAZING 8 MINUTE MEAL MACHINE |
| Registration Number: | 4142982 | TAKE IT FOR A TASTE DRIVE |
| Registration Number: | 3609452 | SINGLE SHOT |
| Registration Number: | 3416404 | PLATINUM PRO |
| Registration Number: | 3401157 | THE BULLET |
| Registration Number: | 3233893 | CYCLONIC CUTTING ZONE |
| Registration Number: | 3300425 | |
| Registration Number: | 3315116 | |
| Registration Number: | 3406202 | DOES ANY JOB ANYWHERE IN 10 SECONDS...OR |
| Registration Number: | 3610732 | |
| Registration Number: | 2969501 | HOMELAND HOUSEWARES |
| Registration Number: | 2993834 | HOMELAND HOUSEWARES |
| Registration Number: | 3043909 | MAGIC BULLET EXPRESS |
| Registration Number: | 2929383 | THE MAGIC BULLET |
| Registration Number: | 2947491 | BULLET BLENDER |
| Registration Number: | 2947493 | BULLET JUICER |
| Registration Number: | 2947492 | MAGIC BULLET |
| Registration Number: | 2947494 | MAGIC BULLET |

## CORRESPONDENCE DATA

Fax Number: 3106911086

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 3107778399
Email: trojan@trojanlawoffices.com
Correspondent Name: R. Joseph Trojan
Address Line 1: 9250 WILSHIRE BLVD STE 325
Address Line 4: BEVERLY HILLS, CALIFORNIA 90212

| ATTORNEY DOCKET NUMBER: | CAPBRAN 7686 |
|---|---|

| NAME OF SUBMITTER: | R. Joseph Trojan |
|---|---|
| SIGNATURE: | /R. Joseph Trojan/ |
| DATE SIGNED: | 09/28/2015 |

**Total Attachments: 4**
source=SIGNED 09252015_Assignment of TM Rights re Homeland Housewares#page1.tif
source=SIGNED 09252015_Assignment of TM Rights re Homeland Housewares#page2.tif
source=SIGNED 09252015_Assignment of TM Rights re Homeland Housewares#page3.tif
source=SIGNED 09252015_Assignment of TM Rights re Homeland Housewares#page4.tif

Homeland to Capbran Assignment (US Trademarks)
Page 1 of 4

## ASSIGNMENT OF TRADEMARK RIGHTS

WHEREAS, HOMELAND HOUSEWARES, LLC, a California limited liability company, having had his principal place of business at 11755 Wilshire Blvd., Ste. 1200, Los Angeles, CA 90025 ("Assignor"), is the listed owner of the following trademarks:

| Appl. No. | Mark |
|---|---|
| 86760509 | VEGGIE BULLET |
| 86668990 | NUTRIBULLLET |
| 86666205 | VITABULLET |
| 86570168 | SUPERFOOD PROTEIN BLEND |
| 86547587 | EXTRACT THE MOST FROM LIFE |
| 86547559 | HAVE A BLAST |
| 86547547 | PRESCRIPTION STRENGTH NUTRITION |
| 86547533 | LONG LIVE YOU |
| 86447480 | BUDDY BULLET |
| 86403321 | NUTRILIVING |
| 86391380 | NUTRIJUICE |
| 86346378 | NUTRICOOKER |
| 86331131 | NATURE'S MEDICINE |
| 86258113 | NUTRIMIX |
| 86249689 | NUTRIBABY |
| 86240510 | "SOUPER" FOOD |
| 86240487 | SOUPERFOOD |
| 86240425 | SUPERBLAST |
| 86240256 | "SOUPER" BLAST |
| 86206833 | NUTRIGIZE |
| 86205026 | NUTRIGIZER |
| 86156541 | NUTRISLICER |
| 86133098 | SUPERFOOD BREAKFAST BOOST |
| 85974651 | MAGIC BABY |
| 85828274 | NUTRIBLASTER |
| 85758048 | NUTRIPOP |

Homeland to Capbran Assignment (US Trademarks)
Page 2 of 4

| Reg. No. | Mark |
|---|---|
| 4800907 | NATURE'S PRESCRIPTION |
| 4777299 | SUPERFOOD SOUP BOOST |
| 4768521 | BULLET |
| 4732518 | MAGIC BULLET MINI |
| 4728391 | MINI BULLET |
| 4714266 | SUPERFOOD SUPER REDS |
| 4634361 | RX |
| 4634360 | NUTRIBULLET RX |
| 4597631 | BULLET BLAST |
| 4581906 | Logo (stylized depiction of an ice cream or yogurt swirl) |
| 4577498 | SUPERFOOD FAT BURNING BOOST |
| 4577497 | SUPERFOOD ENERGY BOOST |
| 4573666 | SUPERFOOD SUPERBOOST |
| 4553612 | SUPERFOOD SUPERGEENS |
| 4540335 | DESSSERT BULLET |
| 4526464 | NUTRI BULLET PRO |
| 4481911 | NUTRILIVING |
| 4479075 | NUTRILIVING |
| 4416702 | (electric food blender shape) |
| 4412542 | DOES ANY JOB IN 10 SECONDS…OR LESS |
| 4365146 | NUTRI BLAST |
| 4347145 | PARTY BULLET |
| 4343957 | YUKI BLADE |
| 4332393 | THE BULLET BRAND |
| 4323549 | PUREE LIVING |
| 4316614 | NUTRIBULLET |
| 4306607 | JUICE BULLET |
| 4277250 | NUTRIBULLET VITALITY SUPERBOOST |
| 4276172 | MAGIC BULLET BIG SHOT |
| 4214744 | PEA IN A POD |
| 4214502 | NUTRITION EXTRACTOR |
| 4161917 | NUTRI BULLET |
| 4142982 | TAKE IT FOR A TASTE DRIVE |
| 4136631 | MAKE AN ENTIRE WEEK'S WORTH OF HEALTHY ALL-NATURAL |
| 3945337 | BULLET EXPRESS TRIO |
| 3929139 | MAKE ANY FULL FAMILY MEAL READY TO HEAT OR EAT IN JUST 8 MINUTES OR LESS |

TRADEMARK
REEL: 005631 FRAME: 0526

Homeland to Capbran Assignment (US Trademarks)
Page 3 of 4

| | |
|---|---|
| 3929138 | THE AMAZING 8 MINUTE MEAL MACHINE |
| 3912098 | BABY BULLET |
| 3659142 | BULLET EXPRESS |
| 3659139 | BULLET EXPRESS |
| 3617660 | MAGIC BULLET PLATINUM PRO |
| 3610732 | MAGIC BULLET Trade Dress – Color |
| 3609452 | SINGLE SHOT |
| 3416404 | PLATINUM PRO |
| 3406202 | DOES ANY JOB ANYWHERE IN 10 SECONDS…OR LESS |
| 3401157 | THE BULLET |
| 3383326 | MAGIC BULLET TO GO! |
| 3383204 | MAGIC BULLET TO GO |
| 3315116 | MAGIC BULLET DESIGN - TALL BLENDER PROFILE |
| 3300425 | MAGIC BULLET - SHORT BLENDER PROFILE (trade dress) |
| 3233893 | CYCLONIC CUTTING ZONE |
| 3043909 | MAGIC BULLET EXPRESS |
| 2993834 | HOMELAND HOUSEWARES (word mark) |
| 2969501 | HOMELAND HOUSEWARES (logo) |
| 2947494 | MAGIC BULLET (logo) |
| 2947493 | BULLET JUICER |
| 2947492 | MAGIC BULLET |
| 2947491 | BULLET BLENDER |
| 2929383 | THE MAGIC BULLET |

(the "Marks"), and the goodwill represented by the Marks.

WHEREAS, Capbran Holdings, LLC, a California limited liability company, having had its principal place of business at 11601 Wilshire Blvd., Suite 2300, Los Angeles, CA 90025 ("Assignee") desires to acquire all of Assignor's right, title, and interest in and to the Marks, and the goodwill represented by the Marks, and the registration for the Marks.

NOW THEREFORE, in consideration of the sum of one dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor by these presents do hereby sell, assign, transfer and convey to Assignee, and the Assignee does hereby accept from Assignor, all of Assignor's right, title, and interest in and to the Marks, together with (a) the registration for said Marks, (b) the goodwill represented by and associated with the Marks and the registration thereof, and (c) the right to sue and recover for, and the right to profits or damages due or accrued arising out of or in connection with, any and all past, present or future infringements or dilution of or damage or injury to said Marks or the registration thereof or such associated goodwill.

Homeland to Capbran Assignment (US Trademarks)
Page 4 of 4

The Assignor, by its duly authorized officer, has executed this assignment, on this 25th day of September, 2015.

HOMELAND HOUSEWARES, LLC

By: _____
Colin Sapire, CEO

The foregoing assignment of said Marks and the registrations thereof and registration applications therefore by the Assignor to the Assignee is hereby accepted as of the 25th day of September, 2015

Capbran Holdings, LLC

By: _____
Colin Sapire, CEO