# EXHIBIT 3



Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
vedderprice.com

Angelo J. Bufalino
Shareholder, Intellectual Property Group
+1 312 609 7850
abufalino@vedderprice.com

June 9, 2020

**VIA FEDEX & E-MAIL**

Mark Suzumoto
Registered Agent
nutribullet, LLC
11601 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90025
NBsupport@nutribullet.com

Re:   Trade Dress Infringement

Dear Mr. Suzumoto:

This is to advise you that we represent Glanbia Performance Nutrition (NA), Inc. and Glanbia Nutritionals (Ireland) Limited (collectively "GPN") in relation to the protection and enforcement of their intellectual property matters.

GPN is the world's leading producer and marketer of quality consumer performance nutrition products supporting an active lifestyle. GPN owns a number of premium sports nutrition brands including, but not limited to, Amazing Grass, Optimum Nutrition ("ON"), Bio-Engineered Supplements and Nutrition, Inc. ("BSN"), American Body Building ("ABB"), Nutramino, Isopure, think! (formerly thinkThin), SlimFast, and Body & Fit.

The GPN brands are world leaders in cutting-edge sports nutrition and dietary supplement products, including the AMAZING GRASS branded AMAZING PROTEIN dietary and nutritional protein supplements. By virtue of GPN's efforts and expenditure of considerable sums of money for promotional activities, GPN has developed valuable goodwill and an industry-leading reputation with respect to its numerous products including, without limitation, its dietary and nutritional food supplements sold under the AMAZING GRASS®, GREEN SUPERFOOD®, and AMAZING PROTEIN® trademarks (collectively, the "AMAZING Trademarks").

Our client's products sold under the AMAZING Trademarks have been recognized by influential media, such as *Shape, Hello Veggie, Nosh, and WGNO ABC*. GPN's products sold under its AMAZING Trademarks are globally distributed and can be found nationally at major retailers, including but not limited to Whole Foods, Target, Kroger, Trader Joe's, CVS, and many more.

These products are sold using the inherently distinctive trade dress pictured below (the "Amazing Grass Trade Dress"):

222 North LaSalle Street   |   Chicago, Illinois 60601   |   T +1 312 609 7500   |   F +1 312 609 5005

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

Mark Suzumoto
June 9, 2020
Page 2

 

The Amazing Grass Trade Dress includes the following distinctive elements:  (i) a white cylindrical tub bearing (ii) a label with a rectangular front panel having a background of a single color; (ii) a house mark and product name at the top of the front panel in white lettering; (iii) a side panel on the label next to the front panel that features images of vegetables and fruit; and (iv) a listing on the lower portion of the front panel of the specific ingredient and nutrition claim information for that specific product.

Our client's nutritional and dietary supplements offered under the Amazing Grass Trade Dress have become key products for GPN.  Our client actively uses the Amazing Grass Trade Dress to identify the goods that it offers in the marketplace.  In addition to being inherently distinctive, the public has come to recognize the Amazing Grass Trade Dress as signifying GPN as the source of high-quality nutritional and dietary supplements.  It is our view that our client's trade dress must at all costs be respected by the public.  Our client will not hesitate to enforce its rights in and to its trade dress against unauthorized uses by third parties.

It has come to our attention that nutribullet, LLC and/or its affiliated entities ("Nutribullet") released new product packaging for its tubs of nutribullet® brand supplements (the "Infringing Products").  Examples of the labels of the Infringing Products are shown below alongside the Amazing Grass Trade Dress.

| **THE INFRINGING PRODUCTS** | **THE AMAZING GRASS TRADE DRESS** |
|---|---|
|  | |

Mark Suzumoto
June 9, 2020
Page 3

| THE INFRINGING PRODUCTS | THE AMAZING GRASS TRADE DRESS |
|---|---|
| nutribullet SUPERFOOD ESSENTIALS plant-based protein | Amazing Grass Amazing Protein GLOW |
| nutribullet SUPERFOOD ESSENTIALS essential greens | Amazing Grass Amazing Protein GLOW |
| nutribullet SUPERFOOD BOOSTS satisfying fat burn | Amazing Grass Amazing Protein GLOW |

The packaging for the Infringing Products (the "Infringing Packaging") incorporates each of the foregoing elements of the Amazing Grass Trade Dress.  Further, the lower portion of the Infringing Packaging depicts nutrition claim information in a three part display that is virtually identical to that of our client's Amazing Protein® products.

Our client believes that the packaging for the Infringing Products, as displayed above, will result in confusion in the marketplace such that our client's customers will mistakenly believe that the Infringing Product is affiliated with, related to, or approved by our client, which it is not.  Because our client does

Mark Suzumoto
June 9, 2020
Page 4

not control the nature and quality of the other goods and services that your company offers, this confusion would damage our client and its reputation.

Therefore, in order to avoid any marketplace confusion, we request that Nutribullet (and any and all related entities) immediately cease using the Infringing Packaging, or any other confusingly similar packaging, in connection with dietary and nutritional supplements or any related goods.

We request that S provide written assurances within ten (10) business days of the date of this letter that Nutribullet has:

(1)  ceased offering products for sale using the Infringing Packaging, including but not limited to the Infringing Product as well as any other products utilizing packaging that is confusingly similar to the Amazing Grass Trade Dress;

(2)  ceased, and instructed anyone acting on Nutribullet's behalf with respect to promotion or advertisement of the Infringing Product or related products to cease, utilizing any trade dress that is confusingly similar to the Amazing Grass Trade Dress in any manner that may cause confusion with our client or any of its brands or products (including recalling products from third parties where necessary);

(3)  ceased, and instructed anyone acting on Nutribullet's behalf with respect to promotion or advertisement of your products to cease, using the Infringing Packaging in any manner that may cause confusion with our client's Amazing Grass Trade Dress; and

(4)  advised us of the total revenue that Nutribullet has generated using the Infringing Packaging or any other packaging that is confusingly similar to our client's Amazing Grass Trade Dress.

While we hope that we can reach a resolution of this matter amicably, if we do not receive the foregoing written assurances within ten (10) business days of the date of this letter, our client is prepared to vigorously pursue any and all legal remedies available to it, including but not limited to, trade dress infringement and Federal unfair competition pursuant to Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) and any and all available remedies under federal and/or state unfair deceptive trade practice acts or other state law remedies, including seeking the recovery of costs and attorney's fees.

We look forward to your immediate written response.

Very truly yours,

Angelo J. Bufalino
Shareholder, Intellectual Property Group

AJB/jkb
cc:   Glanbia Performance Nutrition (NA), Inc. and Glanbia Nutritionals (Ireland) Limited (via email)